HELEN COATS V. JOHN J. FLETCHER *et al.*

No. 15,717.   (98 Pac. 787.)

Error from Wyandotte court of common pleas; WILLIAM G. HOLT, judge.   Opinion filed December 12, 1908.   Reversed.

*James M. Mason,* and *E. E. Chesney,* for plaintiff in error.

*Enright & Screechfield,* and *Harkless, Crysler & Histed,* for defendants in error.

*Per Curiam:* This case was submitted with *Edens v. Fletcher, ante,* p. 139, and presents the same questions.   For the reasons given in the opinion in that case the judgment is reversed and the cause remanded.